**FILED**

GREGG COUNTY, TEXAS

MAY 5 2015

1:37 O'CLOCK P M

BARBARA DUNCAN DISTRICT CLERK
BY_____ DEPUTY

CAUSE NO. 41,780-B

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/7/2015 4:34:40 PM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| STATE OF TEXAS | X | IN THE DISTRICT COURT |
| | X | |
| | X | IN AND FOR |
| VS. | X | |
| | X | GREGG COUNTY, TEXAS |
| | X | |
| BRENDAN XAVIER DOUGLAS | X | 124TH JUDICIAL DISTRICT |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **BRENDAN XAVIER DOUGLAS**, Defendant herein, by and through his undersigned counsel for appeal and would show:

BRENDAN XAVIER DOUGLAS, Defendant, hereby gives his Notice of Appeal of the Judgment of conviction dated May 1, 2015, by taking his appeal to the Court of Appeals for the Sixth Appellate District in Texarkana.

Respectfully submitted,

LEW DUNN
Attorney at Law
201 E. Methvin, Suite 102
P.O. Box 2226
Longview, TX 75606
Tel. 903-757-6711
Fax 903-757-6712
Email: dunn@texramp.net

LEW DUNN
Attorney for Appellant
Texas State Bar No. # 06244600

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was hand-delivered and/or electronically transmitted to the offices of Hon. Zan Colson Brown, Assistant District Attorney, Gregg County Courthouse, Longview, Texas on this 5 day of May, 2015.

LEW DUNN, Counsel for Defendant

FILED
GREGG COUNTY, TEXAS

MAY 5 2015

1:37 O'CLOCK P M
BARBARA DUNCAN, DISTRICT CLERK
BY_____ DEPUTY

**LEW DUNN**
**ATTORNEY AT LAW**
P.O. BOX 2226
LONGVIEW, TEXAS 75606-2226
TELEPHONE 903-757-6711
FAX 903-757-6712

May 5, 2015

Ms. Tina Campbell
Court Reporter, 124th District Court
Gregg County Courthouse
100 E. Methvin
Longview, TX 75601

RE:     Cause No. 41,780-B
        The State of Texas
        vs.
        Brendan Xavier Douglas
        124th Judicial District Court

Dear Ms. Campbell:

I have been appointed to represent the above Appellant in his appeal of a judgment of conviction after a jury trial on guilt/innocence, which concluded with a mandatory life sentence without parole.

I need a complete Statement of Facts in the above-referenced case, including any and all pre-trial hearings, admonishments by the Court, the waiver of arraignment, hearings on any and all of Defendant's motions and rulings thereon, v o i r   d i r e, the jury trial on guilt/innocence and imposition of punishment, hearing on motion for new trial, all evidence and arguments of counsel, and any and all exhibits.

Sincerely yours,

Lew Dunn
Attorney at Law
Texas State Bar No. 06244600

CC:     Mrs. Barbara Duncan, District Clerk
        Ms. Zan Colson Brown, Assistant Criminal District Attorney
        Mr. Brendan Xavier Douglas